UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLO MELINI,                                    DOCKET NO: 07CV701

            Plaintiff,                **RULE 7.1 STATEMENT**

   -against-

71ST LEXINGTON CORPORATION and GARAGE
MANAGEMENT CORP,

            Defendants.
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for GARAGE MANAGEMENT CORP., certifies that it does not have any corporate parents, affiliates and/or subsidiaries of said party which are publicly held and no such publicly held corporation owns ten percent (10%) or more of said party's stock.

Date:  Mineola, New York
        April 10, 2007

                                                FARBER BROCKS & ZANE L.L.P

                                                By: _____
                                                    Braden H. Farber (BF7175)
                                                Attorney for Defendant
                                                GARAGE MANAGEMENT CORP
                                                1565 Franklin Avenue, Suite 300
                                                Mineola, New York 11501
                                                (516) 739-5100
                                                File No.: 422-4011

TO:
JOSHUA N. STEIN
GREENBERG & STEIN
Attorney for Plaintiff
275 Madison Avenue, Suite 1100
New York, New York 10016

(212) 681-2535
File No: 4571G&S

Stephen Rosenzweg
Klein & Associates
Attorney for Defendant
71 St Lexington Corp
200 Madison Ave
New York, NY 10016
212-683-9700 ext 7
212-683-6871 fax